# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-392
_____

JEFFREY LEE FINGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

September 18, 2019

PER CURIAM.

AFFIRMED.

MAKAR, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey Lee Finger, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.